Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8340
Fax: (702) 949-8374

Of counsel:

Adam K. Mortara
(Will comply with LR IA 10-2 within 45 days)
adam.mortara@bartlit-beck.com
Matthew R. Ford
(Will comply with LR IA 10-2 within 45 days)
matthew.ford@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440

Attorneys for Plaintiff
BAYER PHARMA AG

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAYER PHARMA AG<br><br>Plaintiff,<br><br>vs.<br><br>WARNER CHILCOTT COMPANY, LLC<br>and WARNER CHILCOTT (US), LLC<br><br>Defendants. | **COMPLAINT**<br><br>**(JURY DEMAND)** |

Plaintiff Bayer Pharma AG ("Bayer") brings this Complaint for patent infringement against Defendants Warner Chilcott Company, LLC and Warner Chilcott (US), LLC (collectively "Warner Chilcott") and alleges the following:

**NATURE OF THE ACTION**

1.      This is an action for patent infringement arising under the patent laws of the United States, including 35 U.S.C. §§ 271, 281-285.

-1-

2. This lawsuit pertains to Warner Chilcott's infringement of U.S. Patent Number 43,916 (the "'916 Patent").

3. The '916 patent issued on January 8, 2013 and is a reissue of U.S. Patent Number 5,824,667. Inventors Jürgen Spona, Bernd Düsterberg, and Frank Ludicke filed their application for this patent on March 24, 2006. Bayer Pharma AG is the current owner of the '916 Patent. A true and correct copy of the '916 Patent is attached as Exhibit A.

## PARTIES

4. Plaintiff Bayer Pharma AG is a corporation organized and existing under the laws of the Federal Republic of Germany, having a principal place of business in Müllerstrase 178, 13353 Berlin, Germany.

5. On information and belief, Defendant Warner Chilcott Company, LLC is a limited liability company organized and existing under the laws of Puerto Rico, having a principal place of business at Union Street, Road 195, Km1.1, Fajardo, PR 00738-1005. On information and belief, Warner Chilcott Company, LLC is in the business of, among other things, developing, manufacturing, marketing and selling branded prescription pharmaceutical products in women's healthcare and dermatology in the U.S.

6. On information and belief, Defendant Warner Chilcott (US), LLC is a limited liability company organized and existing under the laws of Delaware, having a principal place of business at 100 Enterprise Drive, Suite 280, Rockaway, NJ 07866. On information and belief, Warner Chilcott (US), LLC is in the business of, among other things, developing, manufacturing, marketing and selling branded prescription pharmaceutical products in women's healthcare and dermatology in the U.S.

## JURISDICTION AND VENUE

7. This action arises under the Patent Laws of the United States, 35 U.S.C. § 101 *et seq.*, including 35 U.S.C. § 271. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. This Court has personal jurisdiction over Warner Chilcott. Warner Chilcott (US), LLC maintains substantial, continuous, and systematic contacts in Nevada, including infringing

1  sales of Loestrin 24 FE.  Warner Chilcott (US), LLC has thus purposefully availed itself of the
2  benefits and protections of Nevada's laws such that it should reasonably anticipate being sued in
3  this jurisdiction.  Warner Chilcott Company, LLC is subject to personal jurisdiction in Nevada
4  because Warner Chilcott Company, LLC manufactures pharmaceutical drugs with the knowledge
5  and intent that Warner Chilcott Company, LLC's drugs will be sold in the United States, including
6  within Nevada, by Warner Chilcott (US), LLC.  Warner Chilcott Company, LLC has thus engaged
7  in systematic and continuous business contacts within Nevada, and has therefore purposefully
8  availed itself of the benefits and protections of Nevada's laws such that it should reasonably
9  anticipate being sued in this jurisdiction.

10    9.    Venue is proper in the District of Nevada pursuant to 28 U.S.C. §§ 1391, 1400(b)

**FACTUAL BACKGROUND**

12    10.   Plaintiff Bayer Pharma AG is the assignee of the '916 Patent.

13    11.   Without limitation, the '916 Patent claims a method of inducing contraception in a
14  female of reproductive age by administering a monophasic composition comprising 15 μg to 20
15  μg of ethinylestradiol and a contraceptively effective amount of a gestagen wherein the
16  composition is administered for 23 or 24 days followed by 5 or 4 pill-free or non-hormonal pill
17  days.

18    12.   Defendant Warner Chilcott sells Loestrin 24 FE tablets in the United States as a 28-
19  day oral contraceptive regimen.  Loestrin 24 FE's regimen contains 24 tablets comprising a
20  contraceptively effective amount of norethindrone acetate and 20 μg ethinyl estradiol; and 4 non-
21  hormonal placebo tablets.

**COUNT I - INFRINGEMENT
OF UNITED STATES REISSUE PATENT NO. 43,916**

24    13.   Bayer restates and realleges each of the assertions set forth in Paragraphs 1 through
25  12.

26    14.   The administration of the oral contraceptive Loestrin 24 FE infringes one or more
27  claims of the '916 Patent under 35 U.S.C. § 271 either literally or under the doctrine of
28  equivalents.

15. Defendant Warner Chilcott has knowledge of the '916 Patent. By letter dated February 18, 2013, Bayer informed Warner Chilcott that that it induced infringement of the '916 Patent through sales of Loestrin 24 FE. Warner Chilcott also has knowledge of the '916 Patent based on the filing of this lawsuit.

16. On information and belief, Warner Chilcott has knowledge that its sales of Loestrin 24 FE will result in the infringement of the '916 Patent. On information and belief, Warner Chilcott is aware or should be aware of the widespread prescription of Loestrin 24 FE by doctors or other healthcare practitioners. The label for Loestrin 24 FE instructs doctors or other healthcare practitioners as well as patients to administer Loestrin 24 FE with a regimen of 24 tablets containing 20 µg of estrogen and a contraceptively effective amount of a gestagen; followed by 4 pill-free or sugar pill days.

17. On information and belief, Warner Chilcott has the specific intent to encourage infringement by others of the '916 Patent based on its distribution of Loestrin 24 FE for purposes of its administration as an oral contraceptive.

WHEREFORE, Bayer is entitled to recover from Warner Chilcott the damages sustained by Bayer as a result of Warner Chilcott's wrongful acts in an amount subject to proof at trial, including an amount not less than a reasonable royalty together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### JURY DEMAND

Bayer hereby demands a trial by jury on all issues so triable.

Dated: this 19th day of February, 2013.

Respectfully submitted,

LEWIS AND ROCA LLP

By: _____/s/ Jonathan W. Fountain_____
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRLaw.com
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8340

Fax: (702) 949-8374

Of counsel:

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Adam K. Mortara
(Will comply with LR IA 10-2 within 45 days)
adam.mortara@bartlit-beck.com
Matthew R. Ford
(Will comply with LR IA 10-2 within 45 days)
matthew.ford@bartlit-beck.com
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440

Attorneys for Plaintiff
BAYER PHARMA AG