# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BAYER PHARMA AG,

    Plaintiff,

v.

WARNER CHILCOTT COMPANY, LLC, *et al.*,

    Defendants.

Case No. 2:13-CV-00265-KJD-NJK

**ORDER**

    Plaintiff's Complaint (#1) was filed February 19, 2013.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant 120 days after the filing of the complaint.  The 120 day time period for effecting service of the summons and complaint upon Defendant expired no later than June 19, 2013.  Plaintiff has not yet filed proof of service.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including October 22, 2013 to file proof of service of the summons and complaint within the allowed time.  If Plaintiff fails to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

    DATED this 7th day of October 2013.

                                                    _____
                                                    Kent J. Dawson
                                                    United States District Judge